673 A.2d 864

Sam BUCCIARELLI and Maryjo Bucciarelli, Petitioners,

v.

Al DELISA, Respondent.

Supreme Court of Pennsylvania.

April 23, 1996.

*ORDER*

PER CURIAM:

AND NOW, this 23rd day of April, 1996, the Petition for Allowance of Appeal is granted and limited to the issues of whether an easement was created by severance of title, and whether Respondent had actual notice of the easement when he purchased his twenty acre parcel. Oral argument will be heard.